# 15-1872-cv(L)
## 15-1874-cv(CON)

IN THE

# United States Court of Appeals
### FOR THE SECOND CIRCUIT

◆◆◆

FEDERAL HOUSING FINANCE AGENCY,
as conservator for the Federal National Mortgage Association
and the Federal Home Loan Mortgage Corporation,

*Plaintiff-Appellee,*

—against—

NOMURA HOLDING AMERICA INC., NOMURA ASSET ACCEPTANCE CORPORATION, NOMURA HOME EQUITY LOAN, INC., NOMURA CREDIT & CAPITAL, INC., NOMURA SECURITIES INTERNATIONAL, INC., RBS SECURITIES INC., f/k/a GREENWICH CAPITAL MARKETS, INC., DAVID FINDLAY, JOHN MCCARTHY, JOHN P. GRAHAM, NATHAN GORIN, and N. DANTE LAROCCA,

*Defendants-Appellants.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

## JOINT APPENDIX
### VOLUME XXXVII OF XLIII
(Pages A-10586 to A-10885)
[FILED UNDER SEAL]

| | |
|---|---|
| AMANDA F. DAVIDOFF<br>SULLIVAN & CROMWELL LLP<br>1700 New York Avenue, N.W.<br>Suite 700<br>Washington, DC 20006<br>(202) 956-7500 | DAVID B. TULCHIN<br>BRUCE E. CLARK<br>STEVEN L. HOLLEY<br>ADAM R. BREBNER<br>OWEN R. WOLFE<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, New York 10004<br>(212) 558-4000 |


RECEIVED APR 21 2016 BY:_____

*Attorneys for Defendants-Appellants*
*Nomura Holding America Inc.,*
*Nomura Asset Acceptance Corporation,*
*Nomura Home Equity Loan, Inc.,*
*Nomura Credit & Capital, Inc.,*
*Nomura Securities International, Inc.,*
*David Findlay, John McCarthy,*
*John P. Graham, Nathan Gorin, and*
*N. Dante LaRocca*

(*Counsel continued on inside cover*)